IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

|  |  |
|---|---|
| GREGORY HUDSON SPIVEY, | : |
| Petitioner, | : |
| VS. | : CIVIL ACTION FILE<br>: NO.  1:06-CV-55 (WLS) |
| BOBBY MCCLEMORE, Sheriff: | : |
| Respondent. | : |

**ORDER SUBSTITUTING RESPONDENT**

Petitioner filed this habeas corpus petition pursuant to 28 U.S.C. § 2254 while housed at the Ben Hill County Jail, naming as respondent Bobby McClemore, Sheriff of Ben Hill County. Counsel for respondent has filed a motion to dismiss pointing out to the court that petitioner is no longer housed in the Ben Hill County Jail but rather in a Georgia Department of Corrections facility.  Pursuant to Rule 2 of the Rules Governing Section 2254 Cases in the United States District Courts, the individual having custody of the petitioner shall be named as the respondent.

On May 15, 2006 petitioner filed a change of address with the court indicating that he was then housed at Coastal State Prison.  However, the undersigned checked the Georgia Department of Corrections, Prisoner Locator Web Cite this date and determined that petitioner is currently housed at Washington State Prison in Davisboro, Georgia.  Stephen Roberts is the warden of Washington State Prison.  Accordingly, Warden Stephen Roberts is substituted as the Respondent in this action and the named respondent, Bobby McClemore is removed as such. The caption of this matter shall henceforth show the respondent to be Stephen Roberts.

The Clerk of Court is hereby directed to serve Stephen Roberts with copies of all pleadings herein.  In view of the entry of this order, the Clerk of Court is hereby further directed to terminate Bobby McClemore as Respondent and to terminate his Motion to Dismiss as a pending motion.

SO ORDERED, this 25th  day of September 2006.


/s/ *Richard L. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE