IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

GREGORY HUDSON SPIVEY,

    Plaintiff,

v.                                  1:06-CV-55 (WLS)

STEPHEN ROBERTS

    Defendant.

## ORDER

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge, filed December 15, 2008. (Doc. 12). It is recommended that Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) be **DISMISSED** for failure to prosecute. No objection has been filed to date.

Upon full review and consideration of the record, the Court finds that said Report and Recommendation (Doc. 12) should be, and hereby is, **ACCEPTED, ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED** for failure to prosecute.

**SO ORDERED**, this 4th day of May, 2009.

THE HONORABLE W. LOUIS SANDS,
UNITED STATES DISTRICT COURT

1